Judgment rendered December 4, 2019.

No. 53,225-JAC

ON REHEARING

COURT OF APPEAL
SECOND CIRCUIT
STATE OF LOUISIANA

* * * * *

STATE OF LOUISIANA
IN THE INTEREST OF
J.C.

* * * * *

On Rehearing
Originally Appealed from the
Minden City Court, Ward One
Parish of Webster, Louisiana
Trial Court No. J4048-16.6

Honorable C. Sherburne Sentell, III, Judge

* * * * *

LOUISIANA APPELLATE PROJECT
By: Katherine M. Franks

Counsel for Appellant,
J.C., Child

J. SCHUYLER MARVIN
District Attorney

Counsel for Appellee,
State of Louisiana

JOHN M. LAWRENCE
ANDREW C. JACOBS
MARCUS R. PATILLO
Assistant District Attorneys

* * * * *

Before MOORE, PITMAN, GARRETT,
COX, and STEPHENS, JJ.

**PITMAN, J**.

A rehearing is granted for the limited purpose of vacating that portion of the opinion remanding the matter to the lower court for notification to the juvenile defendant of the requirements for registration as a sex offender. This issue was not addressed below and was raised in the original opinion of this court as error patent. The matter is remanded to the lower court for a determination of whether J.C. is required to register as a sex offender in light of the provisions of the Louisiana Children's Code, including La. Ch. C. art. 884.1, Title 15 of the Louisiana Revised Statutes, including La. R.S. 15:542, and any other applicable provisions. This will allow the record to be properly developed on this issue. In all other respects, the adjudication and disposition are affirmed.